UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 3:25-cr-42

vs.

CARTER KANGAS,                         District Judge Michael J. Newman

    Defendant.

**ORDER: (1) FINDING THE SPEEDY TRIAL CLOCK IS TOLLED DUE TO THE PENDENCY OF DEFENDANT'S MOTION TO DISMISS THE INDICTMENT (Doc. No. 21); (2) GRANTING THE GOVERNMENT'S MOTION TO VACATE THE TRIAL SCHEDULE (Doc. No. 22); AND (3) VACATING THE JULY 14, 2025 TRIAL DATE**

This criminal case is before the Court upon Defendant's motion to dismiss the indictment (Doc. No. 21) and the Government's motion to vacate the trial schedule given the pending motion to dismiss (Doc. No. 22). The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (H), the Speedy Trial Act deadline in the instant case was **TOLLED** on June 30, 2025, and continues to be tolled, due to the pendency of Defendant's motion to dismiss. For good cause shown, the Court **GRANTS** the requested continuance and **VACATES** the July 14, 2025 trial date.

    **IT IS SO ORDERED.**

  July 11, 2025                                          s/Michael J. Newman
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge