UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                           Case No. 3:25-cr-42

vs.

CARTER KANGAS,                             District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REVIEW OF THE DETENTION ORDER (Doc. No. 27); (2) LIFTING THE FEDERAL COURT DETAINER NOW IN EFFECT TO ALLOW DEFENDANT TO BE TRANSPORTED FROM THE MONDAY COMMUNITY CORRECTIONAL INSTITUTION TO GOOD SAMARITAN HOUSING WITH FOLLOW-UP MENTAL HEALTH TREATMENT AND VOCATIONAL SUPPORT AT GOODWILL EASTER SEALS; (3) REQUIRING DEFENDANT TO COMPLY WITH THE CONDITIONS OF HIS SUPERVISION BY THE MONTGOMERY COUNTY PROBATION OFFICE IN ADDITION TO ALL TERMS AND CONDITIONS OF THE GOOD SAMARITAN HOUSING AND GOODWILL EASTER SEALS PROGRAM; AND (4) SETTING A TELEPHONE STATUS CONFERENCE ON APRIL 2, 2026 AT 3:30 P.M.**

---

This criminal case is before the Court upon Defendant's unopposed motion for review of the detention Order. Doc. No. 27. On January 5, 2026, the Court held a telephone status conference with the parties for the purpose of discussing the joint motion. AUSA Brent Tabacchi appeared on behalf of the Government and AFPD F. Arthur Mullins appeared on behalf of Defendant. Pursuant to the record of the January 5th status conference and for good cause shown, along with agreement of counsel, the Court **GRANTS** Defendant's unopposed motion for review of the detention Order. Doc. No. 27.

Given the Court's current understanding of Defendant's current and ongoing supervision in the Montgomery County, Ohio Probation Office, the Court believes a federal detainer at this

time is not necessary.  Accordingly, the Court **LIFTS** the federal court detainer now in effect to allow Defendant to be transported from the MonDay Community Correctional Institution to Good Samaritan Housing with follow-up mental health treatment and vocational support at Goodwill Easter Seals.  The Court is advised that he will be transported on Tuesday, January 6, 2026 in the afternoon.

To ensure Defendant's full compliance and participation in the program, the Court **REQUIRES** Defendant to comply with the conditions of his supervision by the Montgomery County Probation Office in addition to all terms and conditions of the Good Samaritan Housing and Goodwill Easter Seals program.  It is the Court's understanding that the U.S. Pretrial Services will meet with Defendant at Good Samaritan Housing for the purpose of signing the bond paperwork.

Finally, The Court also **SETS** a telephone conference on **April 2, 2026 at 3:30 P.M.** before Judge Newman.  To join the Zoom Teleconference, counsel and participants shall call 1-646-828-7666.  Three steps are then needed to log into the Zoom Teleconference: 1) enter the Meeting ID: 160 363 3497 and #; 2) Press # (again) to join as a participant; and 3) enter the Passcode: 098 663 and #.  If you have any difficulties joining the teleconference, please call Chambers at 937-512-1640.  Additionally, the Court remails available to reconvene with counsel at any time by phone.

**IT IS SO ORDERED.**

January 6, 2026                                                               s/*Michael J. Newman*
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge

cc: United States Marshals Service
    United States Pretrial Services