UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                         Case No. 3:25-cr-42

vs.

CARTER KANGAS,                  District Judge Michael J. Newman

     Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT ORAL MOTION TO CONTINUE THE STAY FOR 120 DAYS; (2) STAYING THE CASE UNTIL JULY 31, 2026; AND (3) SETTING A TELEPHONE STATUS CONFERENCE ON JUNE 30, 2026 AT 2:00 P.M.**

---

On April 2, 2026, the Court held a telephone status conference with the parties.  AUSA Brent Tabacchi appeared on behalf of the Government and attorney F. Arthur Mullins appeared on behalf of Defendant.  During the status conference, the parties made an unopposed, joint oral motion to continue the stay for 120 days.  For the reasons discussed during the April 2nd status conference and for good cause shown, the Court **GRANTS** the parties' joint oral motion and **STAYS** the case until July 31, 2026.  The Court also **SETS** a telephone conference on **June 30, 2026 at 2:00 P.M.** before Judge Newman.

To join the Zoom teleconference, counsel and participants shall call 1-646-828-7666.  Three steps are then needed to log into the Zoom teleconference: 1) enter the Meeting ID: 160 363 3497 and #; 2) Press # (again) to join as a participant; and 3) enter the Passcode: 098 663 and #.  If you have any difficulties joining the teleconference, please call Chambers at 937-512-1640.

**IT IS SO ORDERED.**

April 10, 2026                                      s/*Michael J. Newman*
                                                   Hon. Michael J. Newman
                                                   United States District Judge