UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CARTER KANGAS,

      Defendant.

Case No. 3:25-cr-42

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT ORAL MOTION TO LIFT THE STAY; AND (2) ORDERING THE GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (Doc. No. 21) BY JULY 30, 2026**

---

On June 30, 2026, the Court held a telephone status conference with the parties.  AUSA Brent Tabacchi appeared on behalf of the Government and AFPD F. Arthur Mullins appeared on behalf of Defendant.  During the status conference, the parties made an unopposed, joint oral motion to lift the stay.  For the reasons discussed during the June 30th status conference and for good cause shown, the Court **GRANTS** the parties' joint oral motion and **LIFTS** the stay.  The Court also **ORDERS** the Government to respond to Defendant's motion to dismiss by July 30, 2026.  Doc. No. 21.

      **IT IS SO ORDERED.**

June 30, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge