UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                              Case No. 3:25-cr-42

vs.

CARTER KANGAS,                    District Judge Michael J. Newman

     Defendant.

---

**ORDER: (1) GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO DISMISS THE INDICTMENT; AND (2) ORDERING THE INDICTMENT DISMISSED WITHOUT PREJUDICE**

---

On July 20, 2026, pursuant to Federal Rule of Criminal Procedure 28(a), the Government filed an unopposed motion to dismiss the indictment in this case.  Doc. No. 32.  Because the Government's motion is unopposed and for good cause shown, the motion is **GRANTED**.  The Court hereby **ORDERS** the indictment dismissed without prejudice.

     **IT IS SO ORDERED.**

July 24, 2026                        s/*Michael J. Newman*
                                      Hon. Michael J. Newman
                                      United States District Judge